**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BENJAMIN J. RUSNAK and | : |
| ASHLEY N. RUSNAK, *in their own right*, | : |
| C.R., *a Minor, by and through his parents*, | : |
| Plaintiffs, | : |
| | : |
| v. | :   No.   5:25-cv-6354 |
| | : |
| WILSON SCHOOL DISTRICT, | : |
| Defendant. | : |

**O R D E R**

**AND NOW,** this 8th day of June, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1.      The District's Motion to Dismiss Plaintiffs' Amended Complaint, ECF No. 10, is **GRANTED**, as follows.

      a.   Counts I, II, III, IV, V, and VI are **DISMISSED without prejudice**.

      b.   Count VII is **DISMISSED with prejudice**.

      c.   All allegations of a *Miranda* violation in Count III are **DISMISSED with prejudice**.

      d.   Plaintiffs Benjamin and Ashley Rusnak's claims, alleged in their own right, are **DISMISSED with prejudice**.

2.      Plaintiff shall have **twenty-one (21) days from the date of this Order** to file a second amended complaint.

3.      If Plaintiff fails to timely file a second amended complaint, the Amended Complaint will be dismissed with prejudice.

4.     The case may **PROCEED**, in accordance with this Order, as to Plaintiff C.R., a Minor, by and through his parents, Benjamin and Ashley Rusnak, only.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge